◈GAM 35
(Rev. 2/06)

**Report and Order Terminating Probation**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.    Crim. No.  5:22-CR-00009-015 (CAR)

**ROCHELLE OLIVER**

Rochelle Oliver has substantially complied with the rules and regulations of probation and has met the criteria for early termination as outlined in the *Guide to Judiciary Policy*; Volume 8, Part E (Post-Conviction Supervision), Chapter 3, as approved by the Administrative Office of the United States Courts and is no longer in need of supervision. Accordingly, it is recommended her probation be terminated early.

Respectfully submitted,

*Jessica A. Geister*

Jessica A. Geister
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this __13__ day of __Jun__, 2025.

*C. Ashley Royal*
C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE